UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23753-CIV-LENARD/WHITE

**CURTIS E. HOFFMAN**,

      Plaintiff,
vs.

**STATE OF FLORIDA, et al.**,

      Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 4), DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (D.E. 2), AND DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 4), issued on December 29, 2009. The Report recommends denial of Plaintiff's Motion to proceed in forma pauperis because Plaintiff is a "successive filer" pursuant to 28 U.S.C. § 1915(g) and recommends dismissal of the Complaint without prejudice. The Report notes that Plaintiff has filed at least eleven prior cases. As of the date of this Order, Plaintiff has failed to file any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). After an independent review of the Report and the record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 4) is **ADOPTED**;

    2.    Plaintiff's Motion for leave to proceed in forma pauperis (D.E. 2) is **DENIED**;

3. Plaintiff's Complaint (D.E. 1), filed on or about December 17, 2009, is **DISMISSED WITHOUT PREJUDICE**, to the extent Plaintiff may move to reopen the case upon payment of the full filing fee of $350.00 within ten days of dismissal of the complaint;

4. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 19th day of January, 2010.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**